1  **JENNIFER BERGH**
Nevada Bar No. 14480
2  **QUILLING SELANDER LOWNDS**
**WINSLETT & MOSER, P.C.**
3  6900 N. Dallas Parkway, Suite 800
4  Plano, Texas 75024
Telephone: (214) 560-5460
5  Facsimile: (214) 871-2111
jbergh@qslwm.com
6  ***Counsel for Trans Union LLC***

7

**\*\*Designated Attorney for Personal Service\*\***
8  Trevor Waite, Esq.
Nevada Bar No.: 13779
9  6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LARRY EASTON,<br><br>          Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, PNC MORTGAGE, and TRANSUNION, LLC,<br><br>          Defendants. | Case No. 2:19-cv-01089-GMN-VCF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

      Plaintiff Larry Easton ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, hereby file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

      On June 24, 2019, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is October 8, 2019. The allegations in Plaintiff's Complaint date back to November 2017 and relate to an account allegedly reporting on Plaintiff's Trans Union credit file. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's credit file, any disputes submitted by Plaintiff, documents related to the investigation of any such disputes and any other documents related to the

allegations in Plaintiff's Complaint.  In addition, Trans Union's counsel will need additional time to review the documents so that it may meaningfully respond to the specific allegations in Plaintiff's Complaint.

      Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to, and including, October 29, 2019.  This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.  This Motion is filed in good faith and not for the purposes of delay.

Dated this 7th day of October 2019

                                      **QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*
_____
Jennifer Bergh
Nevada Bar No. 14480
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile:  (214) 871-2111
jbergh@qslwm.com
**Counsel for Trans Union LLC**


**HAINES & KRIEGER , LLC**

*/s/ Matthew I. Knepper*
_____
David H. Krieger
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile:  (702) 383-5518
dkrieger@hainesandkrieger.com
and
Matthew I. Knepper
Nevada Bar No. 12796
Miles N. Clark
Nevada Bar No. 13848
5510 S. Fort Apache Road, Suite 30
Las Vegas, NV 89148
Telephone: (702) 856-7430
Facsimile:  (702) 447-8048
matthew.kneppper@knepperclark.com
miles.clark@knepperclark.com
**Counsel for Plaintiff**

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 7th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

4006741.1