Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY EASTON,<br><br>Plaintiff,<br><br>vs.<br><br>PNC MORTGAGE; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC,<br><br>Defendants. | Case No.: 2:19-cv-01089-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION'S MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiff Larry Easton ("Plaintiff"), by and through his counsel of record, and Defendant Trans Union LLC ("Trans Union") have agreed and stipulated to the following:

1. On June 24, 2019, Plaintiff filed a Complaint [ECF Dkt. 1].

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION'S MOTION TO DISMISS [FIRST REQUEST] - 1

2. On October 29, 2019, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt.16].

3. Plaintiff's Response is due November 12, 2019.

4. Plaintiff and Trans Union have agreed to extend Plaintiff's response fourteen days as Plaintiff's counsel has a trial scheduled to begin the same day as the Plaintiff's response deadline. As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint until **November 25, 2019** and to extend the date for Trans Union to file their Reply until **December 9, 2019**.

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.
Dated November 4, 2019.

| | |
|---|---|
| **KNEPPER & CLARK LLC** | **QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.** |
| /s/ *Miles N. Clark* | /s/ *Jennifer R. Bergh* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com | Jennifer R. Bergh, Esq.<br>Nevada Bar No. 14480<br>6900 N. Dallas Parkway, Suite 800<br>Plano, TX 75204<br>Email: jbergh@qslwm |
| **HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>Email: dkrieger@hainesandkrieger.com | **ALVERSON TAYLOR & SANDERS**<br>Trevor Waite, Esq.<br>Nevada Bar No. 13779<br>6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, NV 89149<br>Email: twaite@alversontaylor.com |
| *Counsel for Plaintiff* | *Counsel for Defendant*<br>*Trans Union LLC* |

| | |
|---|---|
| **CLARK HILL PLLC** | **BALLARD SPAHR LLP** |
| /s/ *Jeremy J. Thompson* | /s/ *Holly Ann Priest* |
| Jeremy J. Thompson, Esq.<br>Nevada Bar No. 12503<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Email: jthompson@clarkhill.com | Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Holly Ann Priest, Esq.<br>Nevada Bar No. 13226<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, NV 89135<br>Email: tasca@ballardspahr.com<br>Email: priesth@ballardspahr.com |
| *Counsel for Defendant*<br>*Equifax Information Services LLC* | *Counsel for Defendant*<br>*PNC Mortgage, a division of PNC Bank, National Association* |

# ORDER GRANTING
# STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION'S MOTION TO DISMISS COMPLAINT

**IT HEREBY ORDERED** that the above Stipulation to Extend Time to Respond to Trans Union's Motion to Dismiss, (ECF No. 19), is **GRANTED.**

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Dated this __13__ day of November, 2019.

*Easton v. Equifax Information Services, LLC et al*
*2:19-cv-01089-GMN-VCF*

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION'S MOTION TO DISMISS [FIRST REQUEST] - 3