Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LARRY EASTON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PNC MORTGAGE; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-01089-GMN-VCF<br><br>**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF TRANS UNION LLC**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed: June 24, 2019 |

Plaintiff Larry Easton ("Plaintiff") and Defendant Trans Union LLC; ("Trans Union" or "Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby move jointly to extend their deadline to file a Stipulation of Dismissal of Trans Union (60) sixty days:

1. The Parties settled this matter on December 18, 2019 [ECF Dkt No. 34].

2. The Parties are currently working on finalizing their Settlement Agreement.

3. The Parties request and extension of sixty days to file their Stipulation of Dismissal of Trans Union to allow them additional time to finalize the settlement agreement.

4. Plaintiff agrees to file the Stipulation of Dismissal of Trans Union no later than **March 17, 2020**.

IT IS SO STIPULATED.
Dated January 23, 2020.

| **KNEPPER & CLARK LLC**<br><br>/s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**<br><br>/s/ *Jennifer R. Bergh*<br>Jennifer R. Bergh, Esq., SBN 14480<br>6900 N. Dallas Parkway, Suite 800<br>Plano, Texas 75024<br>Email: jbergh@qslwm.com<br><br>**ALVERSON TAYLOR & SANDERS**<br>Trevor Waite, Esq., SBN 13779<br>6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, NV 89149<br>Email: twaite@alversontaylor.com<br><br>*Counsel for Defendant*<br>*Trans Union LLC* |

## ORDER GRANTING EXTENSION OF TIME

## TO FILE STIPULATION OF DISMISSAL OF TRANS UNION LLC

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 5th day of February, 2020.