Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY EASTON,<br><br>    Plaintiff,<br><br>v.<br><br>PNC MORTGAGE; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC,<br><br>    Defendants. | Case No. 2:19-cv-01089-GMN-VCF<br><br>**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF TRANS UNION LLC**<br><br>**[SECOND REQUEST]**<br><br>Complaint filed: June 24, 2019 |

    Plaintiff Larry Easton ("Plaintiff") and Defendant Trans Union LLC; ("Trans Union" or "Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby move jointly to extend their deadline to file a Stipulation of Dismissal of Trans Union (30) thirty days:

    1.    The Parties settled this matter on December 18, 2019 [ECF Dkt No. 34].

    2.    On February 5, 2020, the Court granted an extension to file the dismissal of Trans Union [ECF Dkt. 38].

    3.    The deadline is March 17, 2020.

    4.    The Parties are in the final stages of completing their settlement agreement, for which all material terms have been agreed to. All that remains is performance of the agreed-upon terms, which that parties agree will be completed shortly.

5. The Parties request and extension of thirty days to file their Stipulation of Dismissal of Trans Union to allow them additional time to finalize the settlement agreement.

6. Plaintiff agrees to file the Stipulation of Dismissal of Trans Union no later than **April 17, 2020**.

IT IS SO STIPULATED.
Dated March 17, 2020.

| **KNEPPER & CLARK LLC** | **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jennifer R. Bergh* |
| Matthew I. Knepper, Esq., SBN 12796 | Jennifer R. Bergh, Esq., SBN 14480 |
| Miles N. Clark, Esq., SBN 13848 | 6900 N. Dallas Parkway, Suite 800 |
| 5510 So. Fort Apache Rd, Suite 30 | Plano, Texas 75024 |
| Las Vegas, NV 89148 | Email: jbergh@qslwm.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | **ALVERSON TAYLOR & SANDERS** |
| | Trevor Waite, Esq., SBN 13779 |
| *Counsel for Plaintiff* | 6605 Grand Montecito Parkway, Suite 200 |
| | Las Vegas, NV 89149 |
| | Email: twaite@alversontaylor.com |
| | |
| | *Counsel for Defendant* |
| | *Trans Union LLC* |

## ORDER GRANTING EXTENSION OF TIME

## TO FILE STIPULATION OF DISMISSAL OF TRANS UNION LLC

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

DATED this __18__ day of March, 2020.