Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LARRY EASTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PNC MORTGAGE; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC,<br><br>　　　　Defendants. | Case No. 2:19-cv-01089-GMN-VCF<br><br>**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF TRANS UNION LLC**<br><br>**[THIRD REQUEST]**<br><br>Complaint filed: June 24, 2019 |

Plaintiff Larry Easton ("Plaintiff") and Defendant Trans Union LLC; ("Trans Union" or "Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby move jointly to extend their deadline to file a Stipulation of Dismissal of Trans Union (30) thirty days:

1. The Parties settled this matter on December 18, 2019 [ECF Dkt No. 34].

2. On March 18, 2020, the Court granted an extension to file the dismissal of Trans Union [ECF Dkt. 42].

3. The deadline is April 17, 2020.

4. A settlement agreement has been prepared, finalized and fully executed.

5. All that remains is for Trans Union to deliver a settlement check, which the Parties estimate to take an additional 30 days.

6. Plaintiff agrees to file the Stipulation of Dismissal of Trans Union no later than **May 18, 2020**.

IT IS SO STIPULATED.
Dated April 17, 2020.

| **KNEPPER & CLARK LLC** | **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jennifer R. Bergh* |
| Matthew I. Knepper, Esq., SBN 12796 | Jennifer R. Bergh, Esq., SBN 14480 |
| Miles N. Clark, Esq., SBN 13848 | 6900 N. Dallas Parkway, Suite 800 |
| 5510 So. Fort Apache Rd, Suite 30 | Plano, Texas 75024 |
| Las Vegas, NV 89148 | Email: jbergh@qslwm.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | **ALVERSON TAYLOR & SANDERS** |
| | Trevor Waite, Esq., SBN 13779 |
| *Counsel for Plaintiff* | 6605 Grand Montecito Parkway, Suite 200 |
| | Las Vegas, NV 89149 |
| | Email: twaite@alversontaylor.com |
| | |
| | *Counsel for Defendant* |
| | *Trans Union LLC* |

## ORDER GRANTING EXTENSION OF TIME

## TO FILE STIPULATION OF DISMISSAL OF TRANS UNION LLC

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

DATED this __20__ day of April, 2020.