Jennifer Bergh
Nevada Bar No. 14480
jbergh@qslwm.com
Quilling Selander Lownds
Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5460
(214) 871-2111 Fax
**Counsel for Trans Union LLC**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LARRY EASTON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, PNC MORTGAGE, and TRANSUNION, LLC,<br><br>　　　　　Defendants | Case No. 2:19-cv-01089-GMN-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |

　　　　Plaintiff Larry Easton, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

　　　　There are no longer any issues in this matter between Larry Easton and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

Dated this 19th day of May, 2020.

| | |
|---|---|
| */s/ Jennifer Bergh* | */sl Miles N. Clark* |
| Jennifer Bergh | David H. Krieger |
| Nevada Bar No. 14480 | Nevada Bar No. 9086 |
| jbergh@qslwm.com | dkrieger@hainesandkrieger.com |
| Quilling Selander Lownds | 8985 S. Eastern Avenue, Suite 350 |
| | Las Vegas NV 89123 |
| | (702) 880-5554 |

3624293.1

|  |  |
|---|---|
| Winslett & Moser, P.C. | (702) 383-5518 |
| 6900 N. Dallas Parkway, Suite 800 | and |
| Plano, Texas 75024 | Matthew I. Knepper, Nevada Bar No. 12796 |
| (214) 560-5460 | matthew.knepper@knepperclark.com |
| (214) 871-2111 Fax | Miles N. Clark, Nevada Bar No. 13848 |
| **Counsel for Trans Union LLC** | miles.clark@knepperclark.com |
|  | Knepper & Clark LLC |
|  | 10040 W. Cheyenne Ave., Suite 170-109 |
|  | Las Vegas, NV 89129 |
|  | (702) 825-6060 |
|  | (702) 447-8048 Fax |
|  | **Counsel for Plaintiff** |

## **ORDER**

**IT IS HEREBY ORDERED** that the above Stipulation for Dismissal with Prejudice as to Defendant Trans Union LLC, (ECF No. 50), is **GRANTED**.

**DATED** this ___22___ day of May, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

3624293.1

1