Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LARRY EASTON,<br><br>          Plaintiff,<br><br>     v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>          Defendant. | Case No. 2:19-cv-01089-GMN-VCF<br><br>**STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES LLC, WITH PREJUDICE**<br><br>Complaint filed:  June 24, 2019 |

PLEASE TAKE NOTICE that Plaintiff Larry Easton ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

There are no longer any issues in this matter between Plaintiff and Equifax to be determined

by the Court, and Equifax is the only remaining defendant.  Plaintiff hereby stipulates that all of his claims and causes of action against Equifax, which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

   IT IS SO STIPULATED.
   Dated June 3, 2020.

| **KNEPPER & CLARK LLC** | **CLARK HILL PLLC** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jeremy J. Thompson* |
| Matthew I. Knepper, Esq., SBN 12796 | Jeremy J. Thompson, Esq., SBN 12503 |
| Miles N. Clark, Esq., SBN 13848 | 3800 Howard Hughes Parkway, Suite 500 |
| KNEPPER & CLARK LLC | Las Vegas, NV 89169 |
| 5510 So. Fort Apache Rd, Suite 30 | Email: jthompson@clarkhill.com |
| Las Vegas, NV 89148 | |
| Email: matthew.knepper@knepperclark.com | *Counsel for Defendant* |
| Email: miles.clark@knepperclark.com | *Equifax Information Services LLC.* |
| | |
| **KRIEGER LAW GROUP, LLC** | |
| David H. Krieger, Esq., SBN 9086 | |
| 2850 W Horizon Ridge Parkway, Suite 200 | |
| Henderson, NV 89052 | |
| Email: dkrieger@kriegerlawgroup.com | |
| | |
| *Counsel for Plaintiff* | |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC,

## WITH PREJUDICE

   **IT IS SO ORDERED.**

   _____
   Gloria M. Navarro, District Judge
   UNITED STATES DISTRICT COURT

   DATED this __4__ day of May, 2020.

   *Easton v. Equifax Information Services, LLC et al*
   *Case No. 2:19-cv-01089-GMN-VCF*

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 2